**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIANA DANNELLA SARA B.,[1] <br><br> Plaintiff, <br><br> v. <br><br> FRANK BISIGNANO,[2] COMMISSIONER OF SOCIAL SECURITY ADMINSTRATION, <br><br> Defendant. | Case No. 2:24-cv-05590-FWS-JC <br><br> **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE [24] AND OVERRULING OBJECTIONS [25]** |

---

[1] Plaintiff's name is partially redacted to protect Plaintiff's privacy in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] On June 23, 2025, the court substituted Frank Bisignano as Defendant in this case. (*See* Dkt. 22 ("Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Commissioner Frank Bisignano is hereby substituted as the Defendant in this action.").)

## I. Introduction and Relevant Procedural History

Before the court is the Magistrate Judge's June 23, 2025, Report and Recommendation. (Dkt. 24 ("Report and Recommendation" or "R&R").) Based on the state of the record, as applied to the applicable law, the court **ADOPTS** the Report and Recommendation issued by the Magistrate Judge, including each of the findings of fact and conclusions of law therein.

In summary, on July 1, 2024, Plaintiff Tiana Dannella Sara B. ("Plaintiff") filed a Complaint against Defendant Martin O'Malley, Commissioner of Social Security Administration ("Defendant" or "Commissioner"),[3] (Dkt. 1 ("Complaint")), seeking Review of Denial of Social Security Disability. On September 3, 2024, Defendant filed an Answer to the Complaint. (Dkt. 9.) On October 28, 2024, Plaintiff filed their Opening Brief. (Dkt. 12 ("Opening Brief").) In the Opening Brief, in summary, Plaintiff argued that "it cannot be said that the ALJ's determination is supported by substantial evidence," and "[t]his error warrants remand." (*Id*. at 22-23.) On December 20, 2024, Defendant filed their Brief in Opposition to the Opening Brief. (Dkt. 17 ("Opposition Brief")). In the Opposition Brief, Defendant stated that "[t]his Court should affirm the administrative law judge's (ALJ) decision to deny [Plaintiff's] application for disability insurance benefits (DIB) and supplemental security income (SSI) and Disability Insurance Benefits (DIB) under Titles II and XVI, respectively, of the Social Security Act." (*Id*. at 7.) On January 4, 2025, Plaintiff filed a Reply in support of the Opening Brief. (Dkt. 18 ("Reply").) On June 23, 2025, the Magistrate Judge issued the Report and Recommendation. (Dkt. 24) On July 3, 2025, Plaintiff objected to the Report and Recommendation. (Dkt. 25 ("Objections").)

///

///

---

[3] As previously indicated in footnote 1, Defendant Frank Bisignano, Commissioner of Social Security Administration is the current named defendant in this action.

## II. Discussion

"A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C); *see also* Fed. R. Civ. P. 72(b)(3) (stating "[t]he district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to," and "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions"). Proper objections require "specific written objections to the proposed findings and recommendations" of the magistrate judge. Fed. R. Civ. P. 72(b)(2). "A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) ("The statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise."). Where no objection has been made, arguments challenging a finding are deemed waived. *See* 28 U.S.C. § 636(b)(1)(C) ("Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court."). Moreover, "[o]bjections to a R&R are not a vehicle to relitigate the same arguments carefully considered and rejected by the Magistrate Judge." *Chith v. Haynes*, 2021 WL 4744596, at *1 (W.D. Wash. Oct. 12, 2021).

In the Report and Recommendation, the Magistrate Judge recommended that the court issue an order:

> (1) accept[ing] th[e] Report and Recommendation; (2) accept[ing] th[e] Report and Recommendation; (3) affirm[ing] the Commissioner's decision; and (4) dismiss[ing] this action with prejudice; and (5) direct[ing] that Judgment be entered accordingly.

(R&R at 25.)

In the Objections, Plaintiff made several arguments and requests, including, in summary, that "[c]ontrary to the Magistrate Judge's finding, the ALJ's error i[s] not harmless in this case," "the Commissioner's decision [should] be vacated, and this matter [should] be remanded for further administrative proceedings." (*See* Objections at 2-5.)   After conducting a de novo review of the Objections, the court agrees with each of the findings of fact and conclusions of law set forth in the Report and Recommendation, including each of the recommendations contained therein. Accordingly, Plaintiff's arguments set forth in the Objections are **OVERRULED** on the merits.

In sum, pursuant to 28 U.S.C. § 636, the court has reviewed the record, including the Report and Recommendation, the Complaint, the Answer, the Opening Brief, the Opposition Brief, the Reply, the Objections, and the other records of the case.   After conducting a de novo review of the Objections, the court concurs with and accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

///
///
///

**III.   Conclusion**

Based on the state of the record, as applied to the applicable law, the court adopts the Report and Recommendation and accepts each of the findings of fact and conclusions of law therein.  Accordingly, the court **ORDERS** the following:

(1)   The court **ACCEPTS** the Report and Recommendation.
(2)   The court **DENIES** Plaintiff's request for remand.
(3)   The court **AFFIRMS** the Commissioner's decision.
(4)   The court **DISMISSES** this action **WITH PREJUDICE**.
(5)   The court **DIRECTS** that Judgment be entered accordingly.

Dated:  July 28, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE