# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIANA DANNELLA SARA B.,[1] | ) | Case No. 2:24-cv-05590-FWS-JC |
| Plaintiff, | ) ) ) | **JUDGMENT** |
| v. | ) ) | |
| FRANK BISIGNANO, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) | |

Pursuant to this court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, **IT IS ADJUDGED** that

///

///

---

[1] Plaintiff's name is partially redacted to protect Plaintiff's privacy in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

Plaintiff's request for remand is **DENIED**, the decision of the Commissioner of Social Security is **AFFIRMED**, and this action is **DISMISSED WITH PREJUDICE**.

**IT IS SO ADJUDGED**.

Dated: July 28, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE